EL PUEBLO v. BONILLA.

</div>

APELACIÓN procedente de la Corte de Distrito de Guayama.

<div align="center">

No. 78.—Resuelto en junio 4, 1907.

</div>

APELACIÓN — PLIEGO DE EXCEPCIONES — RELACIÓN DE HECHOS — ERRORES MANIFIESTOS.—No habiendo pliego de excepciones ni relación de hechos, y no apareciendo de los autos que se hubiera cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

En la Corte de Distrito de Guayama, Cayetano Bonilla fué acusado del delito de mutilación. Celebrado el juicio ante un jurado, el acusado fué declarado culpable del delito

imputado, y fué condenado por la Corte á la pena de reclusión durante cuatro años en el Presidio, con trabajos forzados y las costas. Contra esta sentencia el demandado interpuso apelación para ante esta Corte, pero no ha presentado ningún pliego de excepciones, y no se pronunció argumento oral, ni se presentó alegato escrito á su favor.

Hemos examinado el récord cuidadosamente, y no encontramos ningún error en el mismo; por cuya razón debe confirmarse la sentencia dictada por la Corte de Distrito de Guayama en la presente causa.

*Confimada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Hernández, Figueras y MacLeary.